UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELISSA MARIE FRANCETICH,

    Plaintiff,

v.                                          Case No. 23-cv-11046
                                                  Hon. Matthew F. Leitman

OAKLAND COUNTY, *et al.*,

    Defendants.
_____/

## **JUDGMENT**

In accordance with the Order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of Defendants and against Plaintiff.

                                                  KINIKIA ESSIX
                                                  CLERK OF COURT

                                  By:   s/Holly A. Ryan
                                                  Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: May 9, 2025
Detroit, Michigan

1